**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
Princeton, NJ 08543
Telephone: (609) 924-0808
Email: eholdren@hillwallack.com
*Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B*

In Re:

EUNICE FAILEY AKA UNIECE FAILEY,

Debtor.

Chapter: 13

Case No.: 19- 11706 (ABA)

Hearing: April 10, 2019 at 9:00 am

## CERTIFICATION OF SERVICE

1. I, Jayne Hanley, a paralegal with Hill Wallack, LLP, attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B in the above-captioned matter, hereby certifies as follows:

2. On March 28, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Objection to the Confirmation of the Debtor's Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 28, 2019

*/s/ Jayne Hanley*
Jayne Hanley

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brad J. Sadek, Esq.<br>Sadek and Cooper<br>1315 Walnut Street, Ste 502<br>Philadelphia, PA 19107 | Debtor's counsel | ☒ Regular Mail<br>☒ Notice of Electronic Filing (NEF) |
| Isabel C. Balboa, Esq.<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ☒ Regular Mail<br>☒ Notice of Electronic Filing (NEF) |